

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Theresa Brooke, a married woman dealing with her sole and separate claim | |
| | Civil Action No.  24-cv-1322-WQH-DEB |
| **Plaintiff,** | |
| V. | |
| A&B El Cajon Hotels LLC, a California limited liability company | **AMENDED CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

That Plaintiff's Motion for Default Judgment (ECF No. 6) is granted in part and denied in part. The Court GRANTS Plaintiff's request for declaratory and injunctive relief to the extent Plaintiff requests that this Court find Defendant has violated the ADA. Defendant is ordered to provide an access aisle at the Hotel's passenger loading zone and an accessible route from the disabled parking spot to the Hotel lobby entrance, compliant with Sections 208.21, 209, and 503 of the 2010 Standards of Accessible Design. The Court DENIES Plaintiff's request for injunctive relief to the extent she requests this Court order Defendant's hotel closed if Defendant does not comply with this Order within 60 days. The Court DISMISSES Plaintiff's Unruh Act claim without prejudice subject to refiling in state court. Judgment is in favor of Plaintiff and against Defendant in the amount of $3,040.00, which constitutes $2,590.00 in attorney's fees and $450.00 in costs.

| | |
|---|---|
| **Date:**         1/22/25 | **CLERK OF COURT** <br> **JOHN MORRILL, Clerk of Court** |
| | By:  s/ S. Nyamanjiva |
| | S. Nyamanjiva, Deputy |